# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

In re: Lynne Anne Derba  Bk. No.  13-10872 BAH
      Michael Francis Derba  Chapter 7

          Debtor(s)

### ORDER DISAPPROVING REAFFIRMATION AGREEMENT

The Court has before it a reaffirmation agreement filed by the Debtor(s) with CapitalOne, N.A.-Best Buy on July 12, 2013  (Doc. No. 12) (the "Reaffirmation Agreement"). The document is not signed by the Creditor Representative.  Therefore, the Reaffirmation Agreement is deemed not effective and is disapproved without prejudice to the parties filing an amended reaffirmation agreement dated as of the original date of their agreement.

ENTERED July 12, 2013 at Manchester, New Hampshire.


Date:   July 12, 2013  /s/ Bruce A. Harwood
                                                   Bruce A. Harwood
                                                   Bankruptcy Judge